UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) M.B.D. No. |
| | ) 04MBD10195 |
| JON MINOTTI, | ) |
| | ) |
| Defendant. | ) |

### ORDER

Application having been made by the United States of America, together with Defendant Jon Minotti, for a continuance of the time within which an indictment must be returned in the above-captioned matter to August 27, 2004, and for an order, pursuant to Title 18, United States Code, Section 3161(h)(8)(A), excluding the period from July 6, 2004, through August 27, 2004, from all calculations under the Speedy Trial Act, in the interests of justice, in order to allow the parties time to reach a mutually agreeable disposition of this matter; and

The above-referenced defendant and the government having agreed that the ends of justice served by granting said motion outweigh the interests of the defendant and the public in a speedy indictment of this case; and

The defendant and the government having further agreed that the Court should exclude the time from July 6, 2004, through August 27, 2004, from the requirements of the Speedy Trial Act, Title 18, United States Code, Section 3161, et seq.; and

This Court having found, for the reasons set forth above, that the interests of justice served by granting the above-referenced motion for a continuance of the government's time within which to seek an indictment in this case and excluding the requested period of continuance from all Speedy Trial Act calculations outweigh the interests of the defendant and the public in a speedy indictment;

It is hereby ORDERED, that the time within which the government must return an indictment is extended until August 27, 2004; and

It is further ORDERED that, pursuant to Title 18, United States Code, Section 3161(h)(8)(A), that the period from July 6, 2004, through August 27, 2004, is excluded from all Speedy Trial Act calculations in this case in the interests of justice.

_____
UNITED STATES DISTRICT JUDGE

DATED: July 9, 2004