UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | M.B.D. No. 04-10195-RWZ |
| | ) | |
| JON MINOTTI, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Application having been made by the United States of America, together with Defendant Jon Minotti, for a continuance of the time within which an indictment must be returned in the matter charged as M.J. No. 04-221-JLA to November 1, 2004, and for an order of excludable delay pursuant to Title 18, United States Code, Section 3161(h)(8)(A), in order to allow the parties time to reach a mutually agreeable disposition of this matter; and

The above-referenced defendant and the government having agreed that the ends of justice served by granting said motion outweigh the interests of the defendant and the public in a speedy indictment of this case; and

The defendant and the government having further agreed that the Court should exclude the time from October 1, 2004 through November 1, 2004, from the requirements of the Speedy Trial Act, Title 18, United States Code, Section 3161, et seq.; and

This Court having found, for the reasons set forth above, that the interests of justice will be served by granting the

above-referenced motion for a continuance of the government's time within which to seek an indictment in this case and excluding the requested period of continuance from all Speedy Trial Act calculations outweigh the interests of the defendant and the public in a speedy indictment;

It is hereby ORDERED, that the time within which the government must return an indictment is extended until November 1, 2004; and

It is further ORDERED that, pursuant to Title 18, United States Code, Section 3161(h)(8)(A), that the period from October 1, 2004, through November 1, 2004, constitutes excludable delay under the Speedy Trial Act because such delay is in the interests of justice.

_____
UNITED STATES DISTRICT JUDGE

DATED: 10/7/04